ACCEPTED
05-25-00692-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
8/19/2025 3:02 PM
RUBEN MORIN
CLERK

No. 05-25-00692-CV

_____

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
8/19/2025 3:02:21 PM
Ruben Morin
Clerk

# IN THE COURT OF APPEALS
# FOR THE FIFTH DISTRICT OF TEXAS

_____

IN RE ROSEWOOD PROPERTY COMPANY AND RPC DFW PORTFOLIO, LLC,

*Relators*

_____

From the County Court at Law No. 5, Dallas County, Texas
Cause No. CC-24-04454-E
Honorable Nicole Taylor, presiding

_____

## RELATORS' MOTION TO DISMISS ORIGINAL PROCEEDINGS

_____

TO THE HONORABLE FIFTH COURT OF APPEALS:

Pursuant to this Court's order of June 6, 2025, and Texas Rule of Appellate Procedure 42.1, Relators Rosewood Property Company and RPC DFW Portfolio, LLC move that this Court dismiss the above-styled original proceedings, as the parties have settled their dispute. Real Party in Interest is unopposed.

## PRAYER

Relators respectfully request that this Court dismiss the above-styled original proceeding.

Respectfully submitted,


/s/ Michael Adams-Hurta
Jessica Z. Barger
State Bar No. 24032706
Michael Adams-Hurta
State Bar No. 24097860
WRIGHT CLOSE & BARGER, LLP
One Riverway, Suite 2200
Houston, Texas 77056
(713) 572-4321
(713) 572-4320 Facsimile
barger@wrightclosebarger.com
hurta@wrightclosebarger.com

**Attorneys for Relators**

## CERTIFICATE OF CONFERENCE

I certify that on morning of August 19, 2025, counsel for Relators conferred with counsel for Real Party in Interest. Real Party in Interest is unopposed to dismissal.

/s/ Michael Adams-Hurta
Michael Adams-Hurta

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Alysa Slocum on behalf of Michael Hurta
Bar No. 24097860
slocum@wrightclosebarger.com
Envelope ID: 104570708
Filing Code Description: Motion
Filing Description: Relators' Motion to Dismiss Original Proceedings
Status as of 8/19/2025 3:04 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| clerk clerk | | clerk@hamiltonwingo.com | 8/19/2025 3:02:21 PM | SENT |
| Michael Adams-Hurta | | hurta@wrightclosebarger.com | 8/19/2025 3:02:21 PM | SENT |
| Jaime M.DeWees | | jdewees@hamiltonwingo.com | 8/19/2025 3:02:21 PM | SENT |
| Jessica Z.Barger | | barger@wrightclosebarger.com | 8/19/2025 3:02:21 PM | SENT |
| Landon J.Francois | | francois@wrightclosebarger.com | 8/19/2025 3:02:21 PM | SENT |
| Daniel J.Paret | | dparet@wshblaw.com | 8/19/2025 3:02:21 PM | SENT |
| Jessica R.Gonzales | | jgonzales@wshblaw.com | 8/19/2025 3:02:21 PM | SENT |
| Christopher S.Hamilton | | chamilton@hamiltonwingo.com | 8/19/2025 3:02:21 PM | SENT |
| Barrett T.Robin | | brobin@hamiltonwingo.com | 8/19/2025 3:02:21 PM | SENT |
| Allie J.Hallmark | | ahallmark@hamiltonwingo.com | 8/19/2025 3:02:21 PM | SENT |
| Brad Jackson | | bjackson@hamiltonwingo.com | 8/19/2025 3:02:21 PM | SENT |
| Honorable Nicole Taylor | | CCL5Coordinator@dallascounty.org | 8/19/2025 3:02:21 PM | SENT |
| Honorable Nicole Taylor | | Brianna.Brown@dallascounty.org | 8/19/2025 3:02:21 PM | SENT |